UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ROSEMARIE NOVAK, | ) | NO. CV-04-0351-MWL |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING JOINT |
| | ) | MOTION FOR ORDER OF REMAND |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNART, | ) | |
| Commissioner of Social | ) | |
| Security , | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties have jointly moved the Court for an Order remanding the case for further proceedings. (Ct. Rec. 25.)

Based on the stipulation of the parties and the record herein, the Court **GRANTS** the joint motion for remand. The case is hereby **ORDERED REVERSED and REMANDED** for further proceedings under sentence four of 42 U.S.C. § 405(g).  On remand, an administrative law judge will:

1. Offer Plaintiff the opportunity for another hearing.

2. Re-evaluate the severity of Plaintiff's mental impairment, using the technique in 20 C.F.R. §§ 404.1520a, 416.920a, discussing any conflicting medical evidence.

3. Re-evaluate the opinions of the medical expert (Robert Klein, Ph.D.), of William Bronson, M.D., and of Dennis Pollack, Ph.D., along with the other medical evidence of record, explaining the resolution of any ambiguities or conflicts in the evidence.

4. Further evaluate Plaintiff's drug and alcohol abuse.

5. The Commissioner will consider Plaintiff's application for reasonable attorney fees and costs, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

**DATED** this 21st day of June, 2005.

s/ Michael W. Leavitt

MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ David M. Blume
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2212
Fax: (206)615-2531
david.blume@ssa.gov